UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
:
In re:                                              :     Chapter 11
:
Troika Media Group, Inc., et al.,[1]     :     Case No. 23-11969 (DSJ)
:
Debtors.                         :     (Jointly Administered)
:
-----------------------------------------------------------x

**NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH SALE OF ALL OR SUBSTANTIALLY ALL ASSETS**

> **YOU ARE RECEIVING THIS NOTICE BECAUSE YOU OR ONE OF YOUR AFFILIATES IS A COUNTERPARTY TO AN EXECUTORY CONTRACT OR UNEXPIRED LEASE WITH ONE OR MORE OF THE DEBTORS AS SET FORTH ON EXHIBIT A ATTACHED HERETO.**

**PLEASE TAKE NOTICE** that on January 3, 2024, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered the *Order (I) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (II) Authorizing the Debtors to Enter into the Stalking Horse APA and to Provide the Stalking Horse Bid Protections Thereunder, (III) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (IV) Approving Assumption and Assignment Procedures, (V) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (VI) Granting Related Relief* [Docket No. 77] (the "Bidding Procedures Order"),[2] authorizing the Debtors[3] to conduct an auction (the "Auction") to select the highest or otherwise best bid to purchase the Debtors' assets (the "Assets"). The Auction will be governed by a set of bidding procedures approved by and attached to the Bidding Procedures Order as Exhibit 1 (the "Bidding Procedures").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures and the terms of any Successful Bid, upon approval by the Bankruptcy Court of the Sale of the Assets, the

---

[1] The Debtors in these chapter 11 cases and the last four (4) digits of each Debtor's federal taxpayer identification number are as follows: Troika Media Group, Inc. (1552), Troika Mission Worldwide, Inc. (3406), Troika Services, Inc. (6042), Troika Design Group, Inc. (4560), Troika Production Group, LLC (3392), Troika-Mission Holdings, Inc. (8417), MissionCulture LLC (1903), Mission Media USA, Inc. (1312), Troika IO, Inc. (4013), CD Acquisition Corp. (none), Converge Direct, LLC (0788), Converge Direct Interactive, LLC (8110), and Lacuna Ventures, LLC (2168). The Debtors' executive headquarters are located at 25 West 39th Street, 6th Floor, New York, NY 10018.

[2] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Bidding Procedures Order or the Sale Motion, as applicable.

[3] This relief granted in the Bidding Procedures Order is solely limited to the Debtors.

Debtors **may** assume and assign to the Successful Bidder the contract(s) or agreement(s) listed on Exhibit A to which you are a counterparty (the "Assigned Contract").  The Debtors have conducted a review of their books and records and have determined that the cure amount for unpaid monetary obligations under such Assigned Contract(s) is as set forth on Exhibit A attached hereto (the "Cure Amounts").

**PLEASE TAKE FURTHER NOTICE** that if you disagree with the proposed Cure Amounts or object to a proposed assignment to the Successful Bidder of any Assigned Contract, your objection must: (i) be in writing; (ii) comply with the applicable provisions of the Bankruptcy Rules, Local Bankruptcy Rules, and any order governing the administration of these chapter 11 cases; (iii) state with specificity the nature of the objection and, if the objection pertains to the proposed Cure Amounts, state the correct cure amount alleged to be owed to the objecting Contract Counterparty, together with any applicable and appropriate documentation in support thereof; and (iv) be filed with the Court and served and **actually received no later than January 19, 2024, at 4:00 p.m. (ET)** (the "**Contract Objection Deadline**") by the Court and the following parties:

- proposed counsel for the Debtors, Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019, Attn: Brian S. Lennon, Esq. (blennon@willkie.com), Jamie M. Eisen, Esq. (jeisen@willkie.com), and Betsy L. Feldman, Esq. (bfeldman@willkie.com);

- the Debtors' proposed investment banker, Jefferies LLC, Attn: Robert White (rwhite@jefferies.com), Philip Engel (pengel@jefferies.com), Logan Shanney (lshanney@jefferies.com), Nicholas Alberson (nalberson@jefferies.com), and Jarett Bienenstock (jbienenstock@jefferies.com);

- proposed counsel for the Official Committee of Unsecured Creditors, appointed in these Chapter 11 Cases (the "Committee"), McDermott, Will, & Emery LLP, One Vanderbilt Avenue, New York, NY 10017, Attn: Darren Azman, Esq. (dazman@mwe.com) and Kristin Going, Esq. (kgoing@mwe.com);

- counsel for the Stalking Horse Bidder, Prepetition Secured Lenders, and DIP Lenders, (i) King & Spalding, 1185 Avenue of the Americas, New York, NY 10036 (Attn: Roger Schwartz (rschwartz@kslaw.com), Michael Handler (mhandler@kslaw.com) and Robert Nussbaum (rnussbaum@kslaw.com));

- if applicable, counsel for any Successful Bidder; and

- if applicable, counsel for any Backup Bidder.

**PLEASE TAKE FURTHER NOTICE** that if you object to the particular terms of the Sale to a Successful Bidder, including the ability of the Successful Bidder to provide adequate assurance of future performance with respect to any Assigned Contract, your objection must: (i) be in writing; (ii) comply with the applicable provisions of the Bankruptcy Rules, Local Bankruptcy Rules, and any order governing the administration of these chapter 11 cases; (iii) state with specificity the nature of the objection; and (iv) be filed with the Court and served and **actually**

2

**received no later than January 25, 2024, at 4:00 p.m. (ET) (the "Post-Auction Objection Deadline")** by the Court and the Objection Notice Parties (as listed above).

**PLEASE TAKE FURTHER NOTICE** that if no objection to (i)(a) the Cure Amounts(s), or (b) the proposed assumption and assignment of any Assigned Contract is filed by the Contract Objection Deadline, or (ii) adequate assurance of the Successful Bidder's ability to perform is filed by the Post-Auction Objection Deadline, then (x) you will be deemed to have stipulated that the Cure Amounts as determined by the Debtors are correct, (y) you will be forever barred, estopped, and enjoined from asserting any additional cure amount under the proposed Assigned Contract, and (z) you will be forever barred, estopped, and enjoined from objecting to such proposed assignment to the Successful Bidder on the grounds that the Successful Bidder has not provided adequate assurance of future performance as of the closing date of the Sale.

**PLEASE TAKE FURTHER NOTICE** that any objection to the proposed assumption and assignment of an Assigned Contract or related Cure Amounts in connection with the Successful Bid that otherwise complies with these procedures yet remains unresolved as of the commencement of the Sale Hearing shall be heard at a later date as may be fixed by the Court.

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding anything herein, the mere listing of any Assigned Contract on an Assumption and Assignment Notice does not require or guarantee that such Assigned Contract will be assumed by the Debtors at any time or assumed and assigned, and all rights of the Debtors and the Successful Bidder with respect to such Executory Contracts and/or Unexpired Leases are reserved. Moreover, the Debtors explicitly reserve their rights, in their reasonable discretion, to seek to reject or assume each Assigned Contract pursuant to section 365(a) of the Bankruptcy Code and in accordance with the procedures allowing the Debtors and/or the Successful Bidder, as applicable, to designate any Assigned Contract as either rejected or assumed on a post-closing basis.

**PLEASE TAKE FURTHER NOTICE** that, the Debtors may later identify Counterparties that were not served with the Assumption and Assignment Notice, and may subsequently serve such Counterparties with a new notice (the "Supplemental Assumption Notice") which shall (i) identify the relevant Contract(s), (ii) set forth a good faith estimate of the Cure Amounts, (iii) include a statement that assumption and assignment of each such Contract is not required nor guaranteed, and (iv) inform such Counterparties of the requirement to file any Contract Objection(s) by the Supplemental Contract Objection Deadline (defined herein) and the Assumption and Assignment Procedures will nevertheless apply to such Counterparties; provided, that the Contract Objection Deadline with respect to such Counterparty listed on a Supplemental Assumption Notice shall be the later of (a) the Contract Objection Deadline or (b) fourteen (14) days following the date of service of a Supplemental Assumption Notice (the "Supplemental Contract Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that, no later than (3) business days prior to the Sale Hearing, the Debtors will file with the Court a "Closing Assignment Notice," which shall (i) identify the Successful Bidder, and (ii) list all Cure Amounts and corresponding Contracts which are proposed to be assumed and assigned by the Successful Bidder at the closing of the sale (the "Closing Assigned Contracts") which may exclude contracts which were previously the subject of an Assumption and Assignment Notice or any Supplemental Assumption Notice.

3

**PLEASE TAKE FURTHER NOTICE** that, the Closing Assignment Notice may include Contracts not previously designated as Contracts that may be assumed and assigned in the Assumption and Assignment Notice or any Supplemental Assumption Notice (such contracts, "Previously Omitted Contracts"), and the Closing Assignment Notice shall serve as a Supplemental Assumption Notice for each Counterparty to a Previously Omitted Contract.

**PLEASE TAKE FURTHER NOTICE** that, nothing herein (i) alters in any way the prepetition nature of the Assigned Contracts or the validity, priority, or amount of any claims of a counterparty to any Assigned Contract against the Debtors that may arise under such Assigned Contract, (ii) creates a postpetition contract or agreement, or (iii) elevates to administrative expense priority any claims of a counterparty to any Assigned Contract against the Debtors that may arise under such Assigned Contract.

**PLEASE TAKE FURTHER NOTICE** that you may obtain additional information concerning the above-captioned chapter 11 cases at the website maintained by the Debtors' proposed claims and noticing agent at https://cases.ra.kroll.com/troika.

Dated:  January 4, 2024
      New York, New York

    WILLKIE FARR & GALLAGHER LLP

By:   /s/ *Brian S. Lennon*
    Brian S. Lennon
    Jamie M. Eisen
    Betsy L. Feldman
    787 Seventh Avenue
    New York, New York 10019
    Telephone:  (212) 728-8000
    Facsimile:  (212) 728-8111
    blennon@willkie.com
    jeisen@willkie.com
    bfeldman@willkie.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*

**EXHIBIT A**

**Contract Schedule**

| Contract Counterparty | Debtor Name | Description of Contract or Lease and Nature of Debtor's Interest | Cure Amount |
|---|---|---|---|
| 237Next, LLC | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| 25 West 39th Street Realty LLC | Converge Direct, LLC and Converge Direct Interactive, LLC | Lease Agreement for premises located 25 West 39th Street, New York, New York 10018 | $0.00 |
| Accera Digital, LLC | Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Ad Practicioners, LLC (also referred to as Consumers Advocate) | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Addicted Affilate, LLC | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Admediary, LLC | Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| adMobo, Inc. | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| ADSWAPPER INC | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Adtherum | Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| AffiMedia B.V. | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Aflac | Converge Direct, LLC | Supplemental insurance carrier for employees | $0.00 |
| American Residential Services LLC | Converge Direct, LLC | Master services agreement under which debtor agreed to provide advertising and marketing services as agreed in SOWs from time to time between the parties | $0.00 |
| Amicus, LLC (d/b/a Broughton Partners) | Converge Direct, LLC | Master services agreement under which debtor agreed to provide advertising and marketing services as agreed in SOWs from time to time between the parties | $0.00 |
| Amicus, LLC (d/b/a Broughton Partners) | Converge Direct, LLC | Referral Agreement | $0.00 |
| Automobile Club of Southern California | Converge Direct, LLC | Master services agreement under which debtor agreed to provide advertising and marketing services as agreed in SOWs from time to time between the parties | $0.00 |
| Automobile Club of Southern California | Converge Direct, LLC | General release related to vendor surveys | $0.00 |

| Contract Counterparty | Debtor Name | Description of Contract or Lease and Nature of Debtor's Interest | Cure Amount |
|---|---|---|---|
| Avanto Media LLC | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Awesome Offers Inc. | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Axiom Solutions, LLC | Converge Direct, LLC | Master services agreement under which debtor agreed to provide advertising and marketing services as agreed in SOWs from time to time between the parties | $0.00 |
| B Two Direct, LLC | Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Bennet & Sons Services LLC | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Birddog Media | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| BrightReach Media Inc. | Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Britebox LLC | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| BW Ventures LLC (d/b/a Mint Global) | Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| C3 Data LLC | Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Call Trader LLC | Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Case Direct LLC (d/b/a NIB Direct) | Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| CID Consulting (d/b/a Cx3 Ads) | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Click Thesis, LLC | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |

| Contract Counterparty | Debtor Name | Description of Contract or Lease and Nature of Debtor's Interest | Cure Amount |
|---|---|---|---|
| Clickso LLC | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Common Acquire, LLC | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Consumer Rating LLC | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Converge Marketing Services, LLC | Converge Direct, LLC | Professional services agreement whereby debtor agreed to provide adertising and marekting servcies to the client's customers | $0.00 |
| CR Marketing ApS | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Decibel LLC | Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Master services agreement under which debtor agreed to provide advertising and marketing services as agreed in SOWs from time to time between the parties | $0.00 |
| Diablo Media, LLC | Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| DigiPeak, LLC | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Digital Media Solutions, LLC | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Direct Agents, Inc. | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Dobak Holdings LLC (d/b/a Blue Ink Digital) | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| DS Prospecting, LLC | Lacuna Ventures, LLC and Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| EGB Media LLC | Converge Direct, LLC | Referral Agreement | $0.00 |
| EMG Media Group Inc. | Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Erie Construction Mid-West LLC | Converge Direct, LLC | Master services agreement under which debtor agreed to provide advertising and marketing services as agreed in SOWs from time to time between the parties | $0.00 |

| Contract Counterparty | Debtor Name | Description of Contract or Lease and Nature of Debtor's Interest | Cure Amount |
|---|---|---|---|
| Extensis Group LLC | Converge Direct, LLC | Client services agreement under which counterparty provides employee benefit and payroll services and other employee related services | $0.00 |
| Flatiron Media, LLC | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Flatiron Media, LLC | Lacuna Ventures, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Fluent, LLC | Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| FRST Moment LLC | Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Fuzeclick | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Gannett Media Corp. | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Garden State Custom Windows, LLC on behalf of Garden State Custom Windows, LLC, Long Island Custom Windows, LLC, Jemico, LLC, Fairchester Windows LLC, Atlanta Custom Windows, LLC and Windows and its parent companies, subsidiaries, affiliates and related parties | Converge Direct, LLC | Master services agreement under which debtor agreed to provide advertising and marketing services as agreed in SOWs from time to time between the parties | $0.00 |
| GDMgroup Asia Limited d/b/a HomeQuote | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Groundworks Operations, LLC | Converge Direct, LLC | Master services agreement under which debtor agreed to provide advertising and marketing services as agreed in SOWs from time to time between the parties | $0.00 |
| h2h Interactive Inc. | Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Home Media, LLC (d/b/a Three Ships) | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| ICOHS College | Converge Direct, LLC | Master services agreement under which debtor agreed to provide advertising and marketing services as agreed in SOWs from time to time between the parties | $0.00 |
| Inbounds LLC | Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |

| Contract Counterparty | Debtor Name | Description of Contract or Lease and Nature of Debtor's Interest | Cure Amount |
|---|---|---|---|
| ITS Limited | Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Jason Pharmaceuticals (Medifast) | Converge Direct, LLC | Master services agreement under which debtor agreed to provide advertising and marketing services as agreed in SOWs from time to time between the parties | $0.00 |
| Leadgen Network Organization, Inc. (d/b/a Billy.com) | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Leaf Home Solutions, LLC | Converge Direct, LLC | Master services agreement under which debtor agreed to provide advertising and marketing services as agreed in SOWs from time to time between the parties | $0.00 |
| Leaf Home, LLC | Converge Direct, LLC | Master services agreement under which debtor agreed to provide advertising and marketing services as agreed in SOWs from time to time between the parties | $0.00 |
| Leif Agency Ltd | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Let's Make a Lead LLC | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Llama Call Solutions, LLC | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| LOUDINGADS SL | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Madera Digital LLC | Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Madrivo Media, LLC | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Marasco & Nesselbush Law Offices L.L.P. | Converge Direct, LLC | Master services agreement under which debtor agreed to provide advertising and marketing services as agreed in SOWs from time to time between the parties | $0.00 |
| Marketplace Operations Inc. | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| MJ Ventures LLC (d/b/a Malbis) | Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |

| Contract Counterparty | Debtor Name | Description of Contract or Lease and Nature of Debtor's Interest | Cure Amount |
|---|---|---|---|
| Mobipium Lda | Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| MoneyMailerUSA, Inc. | Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| New England Institute of Technology | Converge Direct, LLC | Master services agreement under which debtor agreed to provide advertising and marketing services as agreed in SOWs from time to time between the parties | $0.00 |
| Next Click Partners, LLC | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Nocturnal Enterprises, LLC (Lido Labs) | Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| On Point Legal Leads LLC | Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Master services agreement under which debtor agreed to provide advertising and marketing services as agreed in SOWs from time to time between the parties | $0.00 |
| Outside the Box Designs LLC (d/b/a Axad Capital) | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Perform [CB] LLC | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Perform [CB] LLC | Lacuna Ventures LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Pipes.AI LLC | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Plateau Data Services, LLC | Converge Direct, LLC | Lead generation agreement under which counterparty agreed to provide advertising and marketing Leads to debtor as agreed in Insertion Order from time to time between the parties | $0.00 |
| Point2Web LLC | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Power Home Solar LLC | Converge Direct, LLC | Master services agreement under which debtor agreed to provide advertising and marketing services as agreed in SOWs from time to time between the parties | $0.00 |
| Prime Publishing, LLC | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |

| Contract Counterparty | Debtor Name | Description of Contract or Lease and Nature of Debtor's Interest | Cure Amount |
|---|---|---|---|
| Print Management Group, Inc. | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| PureAds, LLC | Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Pushnami, LLC | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Remodelwell, Inc. | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Renewal By Anderson Corporation | Converge Direct, LLC | Master services agreement under which debtor agreed to provide advertising and marketing services as agreed in SOWs from time to time between the parties | $0.00 |
| Renewal By Anderson LLC | Converge Direct, LLC | Master services agreement under which debtor agreed to provide advertising and marketing services as agreed in SOWs from time to time between the parties | $0.00 |
| Revcontent LLC | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Rotorooter Services Company | Converge Direct, LLC | Master services agreement under which debtor agreed to provide advertising and marketing services as agreed in SOWs from time to time between the parties | $0.00 |
| S44, LLC (d/b/a SHIFT44) | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| SBG Media Enterprise LLC | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| SchoolsFirst Credit Union | Converge Direct, LLC | Master services agreement under which debtor agreed to provide advertising and marketing services as agreed in SOWs from time to time between the parties | $0.00 |
| Search Vision Media Ltd | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Secco Squared LLC | Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Service Master Brands L.L.C. (Terminix) | Converge Direct, LLC | Master services agreement under which debtor agreed to provide advertising and marketing services as agreed in SOWs from time to time between the parties | $0.00 |

| Contract Counterparty | Debtor Name | Description of Contract or Lease and Nature of Debtor's Interest | Cure Amount |
|---|---|---|---|
| Sharecare, Inc. | Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Small Falls Media LLC | Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Southern New England Windows, LLC, on behalf of S&L Windows and Doors, LLC (NC), Southwest Windows and Doors, LLC (AZ), J&M Windows, Inc, LLC (PA), Window Warmth, LLC (CO), Central Texas Windows and Doors, LLC( SO TX), North Texas Windows and Doors, LLC (NO TX), Oklahoma Windows and Doors, LLC (OK) | Converge Direct, LLC | Master services agreement under which debtor agreed to provide advertising and marketing services as agreed in SOWs from time to time between the parties | $0.00 |
| Target + Response Inc. | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| The Affiliati Network, Inc. | Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| The Wisdom Companies LLC | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| THS Group, LLC | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Tort Experts, LLC | Converge Direct, LLC | Master services agreement under which debtor agreed to provide advertising and marketing services as agreed in SOWs from time to time between the parties | $0.00 |
| TrueBrand Media LLC | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| TruGreen Limited Partnership | Converge Direct, LLC | Master services agreement under which debtor agreed to provide advertising and marketing services as agreed in SOWs from time to time between the parties | $0.00 |
| Typhon Interactive | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Vellko Media | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Version Two Media Ltd. | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| What If Holdings, LLC | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |

| Contract Counterparty | Debtor Name | Description of Contract or Lease and Nature of Debtor's Interest | Cure Amount |
|---|---|---|---|
| White Start Media, Inc. | Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| WinLocal | Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| YepAds B.V. | Converge Direct, LLC | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |
| Zeta Global Corp | Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Master services agreement under which counterparty agreed to provide advertising and marketing services to debtor as agreed in SOWs from time to time between the parties | $0.00 |