**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                            :
In re:                                      :    Chapter 11
                                            :
Troika Media Group, Inc., et al.,[1]        :    Case No. 23-11969 (DSJ)
                                            :
                            Debtors.        :    (Jointly Administered)
---------------------------------------------------------x

### NOTICE OF CONTRACTS TO BE ASSUMED AND ASSIGNED AT CLOSING

**PLEASE TAKE NOTICE** that on December 7, 2023, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on December 7, 2023, in connection with the proposed sale of the Debtors' Assets, the Debtors filed a motion [Docket No. 14] (the "Motion") seeking, among other things, the entry of an order approving bid procedures governing the sale (the "Bidding Procedures") and procedures for the assumption and assignment of executory contracts and unexpired leases in connection with the sale of the Debtors' assets (the "Assumption and Assignment Procedures").

**PLEASE TAKE FURTHER NOTICE** that on January 3, 2024, the Court entered an order (the "Bidding Procedures Order")[2] [Docket No. 77] granting the relief sought in the Motion, including, among other things, approving the Bidding Procedures and the Assumption and Assignment Procedures.

**PLEASE TAKE FURTHER NOTICE** that on January 4, 2024, the Debtors filed the *Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection With Sale of All or Substantially All Assets* [Docket No. 96] (the "Original Notice"), which notice (i) identified each executory contract and unexpired non-residential lease that the Debtors may assume and assign to a potential bidder in connection with a sale of their Assets and (ii) set forth the proposed amount necessary to cure any defaults under each such executory contract and unexpired lease.

---

[1]    The Debtors in these chapter 11 cases and the last four (4) digits of each Debtor's federal taxpayer identification number are as follows:  Troika Media Group, Inc. (1552), Troika Mission Worldwide, Inc. (3406), Troika Services, Inc. (6042), Troika Design Group, Inc. (4560), Troika Production Group, LLC (3392), Troika-Mission Holdings, Inc. (8417), MissionCulture LLC (1903), Mission Media USA, Inc. (1312), Troika IO, Inc. (4013), CD Acquisition Corp. (none), Converge Direct, LLC (0788), Converge Direct Interactive, LLC (8110), and Lacuna Ventures, LLC (2168).  The Debtors' executive headquarters are located at 25 West 39th Street, 6th Floor, New York, NY 10018.

[2]    Capitalized terms used but not otherwise defined herein have the meanings given to them in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that on January 19, 2024, the Debtors filed the *Notice of Cancellation of Auction and Selection of Successful Bidder* [Docket No. 143] identifying Lender AcquisitionCo, LLC as the Successful Bidder for the Assets.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, prior to the Sale Hearing, the Debtors are required to file a Closing Assignment Notice which sets forth (i) each Closing Assigned Contract that is proposed to be assumed and assigned to the Successful Bidder at the closing of the sale of the Assets and (ii) the Cure Amount corresponding to each Closing Assigned Contract. Such information is set forth on <u>Exhibit A</u> attached hereto.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion, the Bidding Procedures, the Bidding Procedures Order, and the Original Notice are available: (a) free of charge upon request to Kroll Restructuring Administration LLC (the notice and claims agent retained in these Chapter 11 Cases) by calling (844) 647-8506 (U.S./Canada) or +1 (646) 493-0388 (International); (b) by visiting the website maintained in these Chapter 11 Cases at https://cases.ra.kroll.com/troika (the "<u>Case Website</u>"); or (c) for a fee via PACER by visiting http://www.nysb.uscourts.gov.

Dated:  January 25, 2024
      New York, New York

WILLKIE FARR & GALLAGHER LLP

By:  ___*/s/ Brian S. Lennon*___
    Brian S. Lennon
    Jamie M. Eisen
    Betsy L. Feldman
    787 Seventh Avenue
    New York, New York 10019
    Telephone:  (212) 728-8000
    Facsimile:  (212) 728-8111
    blennon@willkie.com
    jeisen@willkie.com
    bfeldman@willkie.com

    *Proposed Counsel for the Debtors and*
    *Debtors-in-Possession*

## Exhibit A

**Closing Assigned Contracts**

| Debtor | Contract Counterparty | Date of Contract or Lease | Cure Amount |
|---|---|---|---|
| Converge Direct, LLC | 25 West 39th Street Realty LLC | 4/19/2019 | $0.00 |
| Converge Direct, LLC | American Residential Services LLC | 4/11/2023 | $0.00 |
| Converge Direct, LLC | Automobile Club of Southern California | 2/16/2016 | $0.00 |
| Converge Direct, LLC | Automobile Club of Southern California | 10/11/2022 | $0.00 |
| Converge Direct, LLC | Amicus, LLC (d/b/a Broughton Partners) | 2/28/2023 | $0.00 |
| Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Decibel LLC | 9/16/2022 | $0.00 |
| Converge Direct, LLC | Erie Construction Mid-West LLC | 3/31/2023 | $0.00 |
| Converge Direct, LLC | Groundworks Operations, LLC | 12/16/2022 | $0.00 |
| Converge Direct, LLC | ICOHS College | 5/1/2021 | $0.00 |

| Debtor | Contract Counterparty | Date of Contract or Lease | Cure Amount |
|---|---|---|---|
| Converge Direct, LLC | Leaf Home, LLC | 3/31/2023 | $0.00 |
| Converge Direct, LLC | Marasco & Nesselbush Law Offices L.L.P. | 9/1/2023 | $0.00 |
| Converge Direct, LLC | New England Institute of Technology | 11/1/2018 | $0.00 |
| Converge Direct, LLC | Pointer Leads LLC | 1/24/2024 | $0.00 |
| Converge Direct, LLC | Renewal By Anderson Corporation | 12/10/2014 | $0.00 |
| Converge Direct, LLC | Renewal By Anderson LLC | 12/10/2014 | $0.00 |

| Debtor | Contract Counterparty | Date of Contract or Lease | Cure Amount |
|---|---|---|---|
| Converge Direct, LLC | Southern New England Windows, LLC, on behalf of S&L Windows and Doors, LLC (NC), Southwest Windows and Doors, LLC (AZ), J&M Windows, Inc, LLC (PA), Window Warmth, LLC (CO), Central Texas Windows and Doors, LLC( SO TX), North Texas Windows and Doors, LLC (NO TX), Oklahoma Windows and Doors, LLC (OK) | 11/15/2019 | $0.00 |
| Converge Direct, LLC | Garden State Custom Windows, LLC on behalf of Garden State Custom Windows, LLC, Long Island Custom Windows, LLC, Jemico, LLC, Fairchester Windows LLC, Atlanta Custom Windows, LLC and Windows and its parent companies, subsidiaries, affiliates and related parties | 11/5/2019 | $0.00 |
| Converge Direct, LLC | Service Master Brands L.L.C. (Terminix) | 2/10/2012 | $0.00 |
| Converge Direct, LLC | Tort Experts, LLC | 6/9/2023 | $0.00 |

| Debtor | Contract Counterparty | Date of Contract or Lease | Cure Amount |
|---|---|---|---|
| Converge Direct, LLC | TruGreen Limited Partnership | 2/3/2023 | $0.00 |
| Converge Direct, LLC | Converge Marketing Services, LLC | 1/1/2023 | $0.00 |
| Converge Direct, LLC | Jason Pharmaceuticals (Medifast) | 1/1/2017 | $0.00 |
| Converge Direct, LLC | Rotorooter Services Company | 6/21/2022 | $0.00 |
| Converge Direct, LLC | SchoolsFirst Credit Union | 2/19/2015 | $0.00 |
| Converge Direct, LLC | Power Home Solar LLC | 7/16/2021 | $0.00 |
| Lacuna Ventures, LLC and Converge Direct, LLC by assignment | On Point Legal Leads LLC | 4/27/2022 | $0.00 |
| Converge Direct, LLC | Axiom Solutions, LLC | 2/5/2021 | $0.00 |

| Debtor | Contract Counterparty | Date of Contract or Lease | Cure Amount |
|---|---|---|---|
| Converge Direct, LLC | Plateau Data Services, LLC | 4/14/2022 | $0.00 |
| Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Case Direct LLC (d/b/a NIB Direct) | 3/15/2021 | $0.00 |
| Converge Direct, LLC | YepAds B.V. | 2/24/2023 | $0.00 |
| Converge Direct, LLC | Digital Media Solutions, LLC | 9/3/2020 | $0.00 |
| Converge Direct, LLC | Awesome Offers Inc. | 10/27/2022 | $0.00 |
| Converge Direct, LLC | Ad Practicioners, LLC (also referred to as Consumers Advocate) | 5/17/2022 | $0.00 |

| Debtor | Contract Counterparty | Date of Contract or Lease | Cure Amount |
|---|---|---|---|
| Converge Direct, LLC | Addicted Affiliate, LLC | 11/8/2021 | $0.00 |
| Converge Direct, LLC | adMobo, Inc. | 2/8/2021 | $0.00 |
| Converge Direct, LLC | Let's Make a Lead LLC | 1/19/2023 | $0.00 |
| Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Adtherum | 12/18/2020 | $0.00 |
| Lacuna Ventures, LLC and Converge Direct, LLC by assignment | ITS Limited | 10/7/2021 | $0.00 |
| Converge Direct, LLC | Avanto Media LLC | 2/13/2023 | $0.00 |

| Debtor | Contract Counterparty | Date of Contract or Lease | Cure Amount |
|---|---|---|---|
| Converge Direct, LLC | Outside the Box Designs LLC (d/b/a Axad Capital) | 6/2/2022 | $0.00 |
| Converge Direct, LLC | Bennet & Sons Services LLC | 9/27/2023 | $0.00 |
| Converge Direct, LLC | Leadgen Network Organization, Inc.  (d/b/a Billy.com) | 2/6/2023 | $0.00 |
| Lacuna Ventures, LLC and Converge Direct, LLC by assignment | B Two Direct, LLC | 4/27/2021 | $0.00 |
| Lacuna Ventures, LLC and Converge Direct, LLC by assignment | BW Ventures LLC (d/b/a Mint Global) | 8/3/2022 | $0.00 |
| Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Call Trader LLC | 1/14/2021 | $0.00 |

| Debtor | Contract Counterparty | Date of Contract or Lease | Cure Amount |
|---|---|---|---|
| Converge Direct, LLC | Clickso LLC | 2/13/2023 | $0.00 |
| Converge Direct, LLC | Common Acquire, LLC | 9/7/2023 | $0.00 |
| Converge Direct, LLC | Consumer Rating LLC | 7/7/2022 | $0.00 |
| Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Diablo Media, LLC | 4/20/2021 | $0.00 |
| Converge Direct, LLC | Dobak Holdings LLC (d/b/a Blue Ink Digital) | 7/5/2022 | $0.00 |
| Lacuna Ventures, LLC and Converge Direct, LLC | DS Prospecting, LLC | 7/21/2022 | $0.00 |

| Debtor | Contract Counterparty | Date of Contract or Lease | Cure Amount |
|---|---|---|---|
| Lacuna Ventures, LLC and Converge Direct, LLC by assignment | EMG Media Group Inc. | 6/7/2022 | $0.00 |
| Converge Direct, LLC | Flatiron Media, LLC | 4/15/2022 | $0.00 |
| Lacuna Ventures, LLC | Flatiron Media, LLC | 3/4/2020 | $0.00 |
| Converge Direct, LLC | Marketplace Operations Inc. | 10/17/2023 | $0.00 |
| Lacuna Ventures, LLC and Converge Direct, LLC by assignment | FRST Moment LLC | 9/4/2022 | $0.00 |
| Converge Direct, LLC | Fuzeclick | 2/3/2023 | $0.00 |

| Debtor | Contract Counterparty | Date of Contract or Lease | Cure Amount |
|---|---|---|---|
| Lacuna Ventures, LLC and Converge Direct, LLC by assignment | h2h Interactive Inc. | 4/6/2022 | $0.00 |
| Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Inbounds LLC | 8/11/2021 | $0.00 |
| Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Nocturnal Enterprises, LLC (Lido Labs) | 9/9/2021 | $0.00 |
| Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Madera Digital LLC | 1/14/2021 | $0.00 |
| Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Mobipium Lda | 5/24/2022 | $0.00 |
| Converge Direct, LLC | Next Click Partners, LLC | 6/21/2023 | $0.00 |

| Debtor | Contract Counterparty | Date of Contract or Lease | Cure Amount |
|---|---|---|---|
| Converge Direct, LLC | Perform [CB] LLC | 7/5/2022 | $0.00 |
| Lacuna Ventures LLC | Perform [CB] LLC | 1/28/2021 | $0.00 |
| Converge Direct, LLC | Pipes.AI LLC | 8/4/2022 | $0.00 |
| Lacuna Ventures, LLC and Converge Direct, LLC by assignment | PureAds, LLC | 4/13/2022 | $0.00 |
| Converge Direct, LLC | Pushnami, LLC | 9/22/2022 | $0.00 |
| Converge Direct, LLC | Revcontent LLC | 3/3/2023 | $0.00 |

| Debtor | Contract Counterparty | Date of Contract or Lease | Cure Amount |
|---|---|---|---|
| Converge Direct, LLC | SBG Media Enterprise LLC | 2/25/2023 | $0.00 |
| Converge Direct, LLC | Search Vision Media Ltd | 2/16/2023 | $0.00 |
| Converge Direct, LLC | Home Media, LLC (d/b/a Three Ships) | 7/2/2021 | $0.00 |
| Converge Direct, LLC | THS Group, LLC | 11/9/2022 | $0.00 |
| Converge Direct, LLC | TrueBrand Media LLC | 9/28/2023 | $0.00 |
| Converge Direct, LLC | Version Two Media Ltd. | 10/3/2022 | $0.00 |

| Debtor | Contract Counterparty | Date of Contract or Lease | Cure Amount |
|---|---|---|---|
| Converge Direct, LLC | Vellko Media | 3/7/2023 | $0.00 |
| Lacuna Ventures, LLC and Converge Direct, LLC by assignment | White Start Media, Inc. | 5/20/2022 | $0.00 |
| Converge Direct, LLC | The Wisdom Companies LLC | 8/8/2022 | $0.00 |
| Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Zeta Global Corp | 5/20/2022 | $0.00 |
| Converge Direct, LLC | ADSWAPPER INC | 4/19/2023 | $0.00 |
| Converge Direct, LLC | 237Next, LLC | 8/16/2022 | $0.00 |

| Debtor | Contract Counterparty | Date of Contract or Lease | Cure Amount |
|---|---|---|---|
| Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Accera Digital, LLC | 1/6/2021 | $0.00 |
| Converge Direct, LLC | GDMgroup Asia Limited d/b/a HomeQuote | 2/18/2022 | $0.00 |
| Lacuna Ventures, LLC and Converge Direct, LLC by assignment | The Affiliati Network, Inc. | 1/6/2021 | $0.00 |
| Lacuna Ventures, LLC and Converge Direct, LLC by assignment | C3 Data LLC | 5/7/2021 | $0.00 |
| Converge Direct, LLC | CID Consulting (d/b/a Cx3 Ads) | 10/27/2023 | $0.00 |
| Converge Direct, LLC | Gannett Media Corp. | 1/1/2022 | $0.00 |

| Debtor | Contract Counterparty | Date of Contract or Lease | Cure Amount |
|---|---|---|---|
| Converge Direct, LLC | Llama Call Solutions, LLC | 7/29/2022 | $0.00 |
| Converge Direct, LLC | S44, LLC (d/b/a SHIFT44) | 3/3/2022 | $0.00 |
| Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Sharecare, Inc. | 4/8/2021 | $0.00 |
| Lacuna Ventures, LLC and Converge Direct, LLC by assignment | WinLocal | 9/9/2021 | $0.00 |
| Converge Direct, LLC | EGB Media LLC | 2/24/2023 | $0.00 |
| Converge Direct, LLC | Amicus, LLC (d/b/a Broughton Partners) | 3/1/2023 | $0.00 |
| Converge Direct, LLC | Aflac | 2014 | $0.00 |
| Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Admediary, LLC | 4/10/2022 | $0.00 |

| Debtor | Contract Counterparty | Date of Contract or Lease | Cure Amount |
|---|---|---|---|
| Converge Direct, LLC | AffiMedia B.V. | 9/12/2023 | $0.00 |
| Converge Direct, LLC | Birddog Media | 2/2/2021 | $0.00 |
| Lacuna Ventures, LLC and Converge Direct, LLC by assignment | BrightReach Media Inc. | 9/7/2021 | $0.00 |
| Converge Direct, LLC | Britebox LLC | 6/14/2022 | $0.00 |
| Converge Direct, LLC | Click Thesis, LLC | 11/5/2022 | $0.00 |
| Converge Direct, LLC | CR Marketing ApS | 10/3/2022 | $0.00 |

| Debtor | Contract Counterparty | Date of Contract or Lease | Cure Amount |
|---|---|---|---|
| Converge Direct, LLC | DigiPeak, LLC | 2/27/2023 | $0.00 |
| Converge Direct, LLC | Direct Agents, Inc. | 3/1/2023 | $0.00 |
| Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Fluent, LLC | 1/26/2021 | $0.00 |
| Converge Direct, LLC | Leif Agency Ltd | 4/24/2023 | $0.00 |
| Converge Direct, LLC | LOUDINGADS SL | 1/31/2023 | $0.00 |
| Converge Direct, LLC | Madrivo Media, LLC | 5/13/2021 | $0.00 |

| Debtor | Contract Counterparty | Date of Contract or Lease | Cure Amount |
|---|---|---|---|
| Lacuna Ventures, LLC and Converge Direct, LLC by assignment | MJ Ventures LLC (d/b/a Malbis) | 6/2/2021 | $0.00 |
| Lacuna Ventures, LLC and Converge Direct, LLC by assignment | MoneyMailerUSA, Inc. | 6/14/2022 | $0.00 |
| Converge Direct, LLC | Point2Web LLC | 7/13/2023 | $0.00 |
| Converge Direct, LLC | Prime Publishing, LLC | 1/31/2023 | $0.00 |
| Converge Direct, LLC | Print Management Group, Inc. | 7/26/2023 | $0.00 |
| Converge Direct, LLC | Remodelwell, Inc. | 10/20/2022 | $0.00 |

| Debtor | Contract Counterparty | Date of Contract or Lease | Cure Amount |
|---|---|---|---|
| Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Secco Squared LLC | 9/21/2022 | $0.00 |
| Lacuna Ventures, LLC and Converge Direct, LLC by assignment | Small Falls Media LLC | 5/19/2022 | $0.00 |
| Converge Direct, LLC | Target + Response Inc. | 6/5/2023 | $0.00 |
| Converge Direct, LLC | Typhon Interactive | 12/30/2022 | $0.00 |
| Converge Direct, LLC | What If Holdings, LLC | 3/8/2022 | $0.00 |
| Converge Direct, LLC | Bright Horizons Group LLC | 12/21/2023 | $0.00 |

| Debtor | Contract Counterparty | Date of Contract or Lease | Cure Amount |
|---|---|---|---|
| Converge Direct, LLC | iDrive Interactive, LLC | 1/9/2024 | $0.00 |
| Converge Direct, LLC | Dature Partners LLC | 12/20/2023 | $0.00 |
| Converge Direct, LLC | Integrated Data Solutions Group BV | 1/9/2024 | $0.00 |
| Converge Direct, LLC | Up On The Roof Technologies Inc. (d/b/a Instant Roofer) | 11/28/2023 | $0.00 |
| Converge Direct, LLC | Erie Construction Mid-West LLC | 1/1/2024 | $0.00 |