**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Troika Media Group, Inc., *et al.*[1] | Case No. 23-11969 (DSJ) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 23, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) by the method set forth on the Master Service List attached hereto as **Exhibit A**; and (2) via email on the Notice Parties Email Service List attached hereto as **Exhibit B**:

- Certificate of No Objection Regarding Orders Approving: (I) Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019(a) for Entry of an Order Approving Settlement Agreement Between and Among the Debtors, the Blue Torch Parties, the Participating Converge Sellers, and the Official Committee of Unsecured Creditors and (II) Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019(a) for Entry of an Order Approving Settlement Agreement Between and Among the Debtors, the Blue Torch Parties, Sadiq Toama, and the Official Committee of Unsecured Creditors [Docket No. 206]

On February 23, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Fee Application Email Service List attached hereto as **Exhibit C**:

- First Monthly Fee Statement of Willkie Farr & Gallagher LLP as Counsel to Troika Media Group, Inc., et al., for Compensation and Reimbursement of Expenses Incurred for the Period December 7, 2023 through December 31, 2023 [Docket No. 207]

---

[1] The Debtors in these chapter 11 cases and the last four (4) digits of each Debtor's federal taxpayer identification number are as follows: Troika Media Group, Inc. (1552), Troika Mission Worldwide, Inc. (3406), Troika Services, Inc. (6042), Troika Design Group, Inc. (4560), Troika Production Group, LLC (3392), Troika-Mission Holdings, Inc. (8417), MissionCulture LLC (1903), Mission Media USA, Inc. (1312), Troika IO, Inc. (4013), CD Acquisition Corp. (5486), Converge Direct, LLC (0788), Converge Direct Interactive, LLC (8110), and Lacuna Ventures, LLC (2168). The Debtors' executive headquarters are located at 25 West 39th Street, 6th Floor, New York, NY 10018.

Dated: February 29, 2024

/s/ *Amy Castillo*
Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on February 29, 2024, by Amy Castillo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ *Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

SRF 77031

**<u>Exhibit A</u>**

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO 45 MAIN ASSOCIATES LLC | BORAH, GOLDSTEIN, ALTSCHULER, NAHINS, & GOIDEL, P.C. | ATTN: JEFFERY C. CHANCAS<br>377 BROADWAY<br>NEW YORK NY 10013 | JCHANCAS@BORAHGOLDSTEIN.COM | Email |
| COUNCIL TO ORACLE AMERICA, INC. | BUCHALTER | ATTN: SHAWN M. CHRISTIANSON, ESQ.<br>425 MARKET STREET<br>SUITE 2900<br>SAN FRANCISCO CA 94105-3493 | SCHRISTIANSON@BUCHALTER.COM | Email |
| COUNSEL TO AN INTERESTED PARTY | DAVIDOFF HUTCHER & CITRON LLP | ATTN: JONATHAN S. PASTERNAK<br>605 THIRD AVENUE<br>NEW YORK NY 10158 | JSP@DHCLEGAL.COM | Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET STREET<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV | Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV | Email |
| COUNSEL TO THE LENDERS UNDER THE DEBTORS' PREPETITION SECURED CREDIT FACILITY, AGENT AND THE COLLATERAL AGENT UNDER THE DEBTORS' PREPETITION SECURED FACILITY, LENDERS UNDER THE DEBTORS' PREPOPOSED DEBTOR-IN-POSESSION FINANCING FACILITY, BLUE TORCH FINANCE LLC | KING & SPALDING LLP | ATTN: ROGER SCHWARTZ, MICHAEL HANDLER, ROBERT NUSSBAUM<br>1185 AVENUE OF THE AMERICAS<br>34TH FLOOR<br>NEW YORK NY 10036 | RSCHWARTZ@KSLAW.COM<br>MHANDLER@KSLAW.COM<br>RNUSSBAUM@KSLAW.COM | Email |
| COUNSEL TO CITY OF HOUSTON HOUSTON COMM COLL SYSTEM HOUSTON ISD | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | HOUSTON_BANKRUPTCY@LGBS.COM | Email |
| MASSACHUSETTS DEPARTMENT OF REVENUE | MASSACHUSETTS DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY DEPARTMENT<br>100 CAMBRIDGE STREET<br>BOSTON MA 02204 | | First Class Mail |
| COUNSEL TO COMMITTEE OF UNSECURED CREDITORS | MCDERMOTT WILL & EMERY LLP | ATTN: KRISTIN K. GOING, DARREN AZMAN, STACY LUTKUS, NATALIE ROWLES<br>ONE VANDERBILT AVENUE<br>NEW YORK NY 10017-3852 | KGOING@MWE.COM<br>DAZMAN@MWE.COM<br>SALUTKUS@MWE.COM<br>NROWLES@MWE.COM | Email |
| UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2 | ATTN: ANDREA B. SCHWARTZ<br>201 VARICK ST<br>ROOM 1006<br>NEW YORK NY 10014-1459 | ANDREA.B.SCHWARTZ@USDOJ.GOV | Email |
| OREGON DEPARTMENT OF REVENUE | OREGON DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY DEPARTMENT<br>955 CENTER ST NE<br>SALEM OR 97301-2555 | | First Class Mail |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY<br>100 F STREET, NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT<br>BROOKFIELD PLACE<br>200 VESEY STREET, SUITE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD, STE 520<br>PHILADELPHIA PA 19103 | SECBANKRUPTCY@SEC.GOV | Email |
| COUNSEL TO THOMAS MARIANACCI | SPIRO HARRISON & NELSON | ATTN: SHOMIK GHOSH<br>40 EXCHANGE PLACE<br>SUITE 1404<br>NEW YORK NY 10005 | SGHOSH@SHNLEGAL.COM | Email |
| COUNSEL TO BRENT YOSHIDA | STATE OF CALIFORNIA | ATTN: LABOR COMMISSIONER OFFICE<br>320 W 4TH STREET<br>STE 450<br>LOS ANGELES CA 90013 | LABORCOMM.WCA.LAO@DIR.CA.GOV | Email |
| COUNSEL TO THOMAS MARIANACCI | TOGUT, SEGAL & SEGAL LLP | ATTN: FRANK A. OSWALD, JOHN MCCLAIN<br>ONE PENN PLAZA<br>SUITE 3335<br>NEW YORK NY 10119 | FRANKOSWALD@TEAMTOGUT.COM<br>JMCCLAIN@TEAMTOGUT.COM | Email |
| UNITED STATES ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF NEW YORK | US ATTORNEY FOR SOUTHERN DISTRICT OF NEW YORK | ATTN: BANKRUPTCY DIVISION<br>86 CHAMBERS STREET<br>3RD FLOOR<br>NEW YORK NY 10007 | JEFFREY.OESTERICHER@USDOJ.GOV<br>CARINA.SCHOENBERGER@USDOJ.GOV<br>LAWRENCE.FOGELMAN@USDOJ.GOV<br>PETER.ARONOFF@USDOJ.GOV<br>LINDA.RIFFKIN@USDOJ.GOV | Email |
| COUNSEL TO EXTENSIS GROUP LLC | WHITE AND WILLIAMS LLP | ATTN: CHRISTOPHER F. GRAHAM, ANDREW E. ARTHUR<br>7 TIMES SQUARE<br>SUITE 2900<br>NEW YORK NY 10036-6524 | GRAHAMC@WHITEANDWILLIAMS.COM<br>ARTHURA@WHITEANDWILLIAMS.COM | Email |
| COUNSEL TO THE DEBTORS | WILLKIE FARR & GALLAGHER LLP | ATTN: BRIAN S. LENNON, ANDREW S. MORDKOFF, JAMIE M. EISEN, BETSY L. FELDMAN<br>787 SEVENTH AVENUE<br>NEW YORK NY 10019 | BLENNON@WILLKIE.COM<br>AMORDKOFF@WILLKIE.COM<br>JEISEN@WILLKIE.COM<br>BFELDMAN@WILLKIE.COM | Email |

**<u>Exhibit B</u>**

## Exhibit B

Notice Parties Email Service List

Served via email

| ADRID | NAME | EMAIL |
|-------|------|-------|
| 28364643 | MEDIA RESOURCES GROUP INC. | RSPOLZINO@ABRAMSLAW.COM |
| 28217950 | MICHAEL CARRANO AND MAARTEN TERRY | JAMES.MILLAR@FAEGREDRINKER.COM |
| 28225911 | NIX PATTERSON LLP | JUNDERWOOD@NIXLAW.COM<br>LBALDWIN@NIXLAW.COM<br>NHALL@NIXLAW.COM |
| 28364405 | SADIQ TOAMA | robin.spigel@allenovery.com;<br>chris.newcomb@allenovery.com;<br>brian.jebb@allenovery.com |

**<u>Exhibit C</u>**

Exhibit C

Fee Application Email Service List
Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| DEBTORS | TROIKA MEDIA GROUP, INC. | ATTN: PRESIDENT OR GENERAL COUNSEL | GENERALCOUNSEL@TROIKAMEDIA.COM |
| COUNSEL TO THE DEBTORS | WILLKIE FARR & GALLAGHER LLP | ATTN: BRIAN S. LENNON, ANDREW S. MORDKOFF, JAMIE M. EISEN, BETSY L. FELDMAN | BLENNON@WILLKIE.COM; AMORDKOFF@WILLKIE.COM; JEISEN@WILLKIE.COM; BFELDMAN@WILLKIE.COM |
| UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2 | ATTN: ANDREA B. SCHWARTZ | ANDREA.B.SCHWARTZ@USDOJ.GOV |
| COUNSEL TO THE LENDERS UNDER THE DEBTORS' PREPETITION SECURED CREDIT FACILITY, AGENT AND THE COLLATERAL AGENT UNDER THE DEBTORS' PREPETITION SECURED FACILITY, LENDERS UNDER THE DEBTORS' PREPOPOSED DEBTOR-IN-POSESSION FINANCING FACILITY, BLUE TORCH FINANCE LLC | KING & SPALDING LLP | ATTN: ROGER SCHWARTZ, MICHAEL HANDLER, ROBERT NUSSBAUM | RSCHWARTZ@KSLAW.COM; MHANDLER@KSLAW.COM; RNUSSBAUM@KSLAW.COM |
| COUNSEL TO COMMITTEE OF UNSECURED CREDITORS | MCDERMOTT WILL & EMERY LLP | ATTN: KRISTIN K. GOING, DARREN AZMAN, STACY LUTKUS, NATALIE ROWLES | KGOING@MWE.COM; DAZMAN@MWE.COM; SALUTKUS@MWE.COM; NROWLES@MWE.COM |